UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCR WORKFORCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> COUPA SOFTWARE INCORPORATED, <br><br> Defendant. | Case No. 21-cv-06066-EMC <br><br> **JUDGMENT** |

On October 13, 2021, the Court issued its Order Denying Plaintiff's Motion to Compel or to Remand, and Granting Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: October 13, 2021

_____
EDWARD M. CHEN
United States District Judge