UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DCR WORKFORCE, INC.,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>COUPA SOFTWARE, INC.,<br><br>　　　　Defendant - Appellee. | No. 21-16903<br><br>D.C. No. 3:21-cv-06066-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| DCR WORKFORCE, INC.,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>COUPA SOFTWARE, INC.,<br><br>　　　　Defendant - Appellee. | No. 22-15328<br><br>D.C. No. 3:21-cv-06066-EMC<br>U.S. District Court for Northern California, San Francisco |

　　　　The judgment of this Court, entered November 22, 2022, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7