DOUGLAS A. WINTHROP (SBN 183532)
Douglas.Winthrop@arnoldporter.com
SEAN M. SELEGUE (SBN 155249)
Sean.SeLegue@arnoldporter.com
LIAM E. O'CONNOR (SBN 330050)
Liam.E.OConnor@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:   415.471.3400

Harsh Arora (FL SBN 35271) (pro hac vice)
harsh.arora@nelsonmullins.com
Efraim Adler (FL SBN 1008261) (pro hac vice)
efraim.adler@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
100 SE 3rd Ave, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: 954.764.7060
Facsimile: 954.761.8135

*Attorneys for Plaintiff*
DCR WORKFORCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCR WORKFORCE, INC., | Case No. 21-cv-06066-EMC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| v. | |
| COUPA SOFTWARE INCORPORATED, | Honorable Judge Edward M. Chen |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DCR Workforce, Inc., through its undersigned counsel of record, hereby voluntarily dismisses the above-captioned action, without prejudice.

DATED: May 5, 2023.

                                      Respectfully submitted,

                                      **ARNOLD & PORTER KAYE SCHOLER LLP**

                                      By:  */s/ Douglas A. Winthrop*
                                                 DOUGLAS A. WINTHROP

                                                 *Attorneys for Plaintiff*
                                                 DCR WORKFORCE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** via the Court's ECF system on May 5, 2023.

*/s/ Douglas A. Winthrop*
DOUGLAS A. WINTHROP