IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUPA SOFTWARE INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>DCR WORKFORCE, INC.,<br><br>    Defendant. | Case No. 23-cv-03102-CRB<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Edward M. Chen to determine whether it is related to DCR Workforce, Inc. v. Coupa Software Inc., 21-cv-6066-EMC, pursuant to Civil Local Rule 3-12(c).

**IT IS SO ORDERED.**

Dated: June 26, 2023

CHARLES R. BREYER
United States District Judge